**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ANY AND ALL FUNDS ON DEPOSIT IN ACCOUNT NUMBER 401817-22751518 AT HSBC BANK PLC, 55 CORPORATION STREET, COVENTRY, UNITED KINGDOM, HELD IN THE NAME OF JITTISOPA SIRIWAN, AND ANY PROPERTY TRACEABLE THERETO, *et al.*,**

**Defendants.**

**JITTISOPA SIRIWAN,**

**Claimant**

**Civ. No. 13-195 (CRC)**

**JOINT STATUS REPORT/JOINT MOTION TO CONTIUE THE STAY**

The United States of America and Claimant Jittisopa Siriwan, by and through their attorneys of record, respectfully submit the following joint status report updating this Court on the recent developments in the case, and respectfully request that the current stay be remained.

**CASE STATUS**

1. On January 4, 2019, the United States of America filed a motion dismissing the criminal case pending against Jittisopa Siriwan in the Central District of California. No. 2:09-cr-00081 (GW). On January 7, 2019, the United States District Court for the Central District of California dismissed the criminal indictment without prejudice as to defendants Juathamas Siriwan and Jittisopa Siriwan.

2. As stated in the prior status report, on August 14, 2018, the Thai court in Bangkok found Juthamas Siriwan and her daughter, Jittisopa Siriwan, guilty of demanding and receiving bribes from the Greens. Juthamas was sentenced to 66 years of imprisonment, and Jittisopa was sentenced to 44 years of imprisonment. In addition, the court exercised its discretion to order forfeiture of the total amount of the bribe payments, approximately 63 million Thai Baht (approximately US$1.8 million) including the forfeiture of the captioned accounts in various countries. The Siriwans had appealed the conviction.

4. The parties in the January 14, 2019 status report sought a continued stay of this case, notwithstanding the dismissal of the U.S. criminal case against the Siriwans, pending the outcome of the appeal in Thailand. On May 10, 2019, the United States was advised by the United States Department of Justice's Attaché in Thailand that on May 8, 2019, the Thai appellate court affirmed the Siriwans' criminal convictions, however, it overruled the previously entered forfeiture order by the trial court, reportedly on the ground that the Thai Prosecution had not requested forfeiture which was instead awarded by the trial court *sue sponte*.

5. The instant case is an independent U.S. forfeiture action where the United States is seeking this Court's adjudication on asserted interest of the subject property under U.S. federal law. As such, this action does not depend on a judicial ruling of any Thai court. However, any action to be taken by the Thai Prosecution in response to the Thai appellate court's ruling will ultimately affect the United States' decision on how to proceed with the instant action.

6. As stated in the last status report, the Attorney General of Thailand filed an appeal with the Supreme Court on August 15, 2019, advocating that the appeal court's ruling concerning the forfeiture be overturned. On January 6, 2020, the Thai authorities advised that the Siriwans had filed the appellee's brief on November 8, 2019. The Thai authorities further advised that on average it takes about six to twelve months for the Supreme Court to consider a case and that there will be no oral argument before the Supreme Court. The case is now pending at the Supreme Court for adjudication. The ruling by the Supreme Court will be final and non-appealable. The United States will update this Court immediately if it learns any additional developments about the appeal in Thailand.

7. The parties respectfully requests that this Court continue to stay the instant action pending the Thai authorities' appeal to the Thai Supreme Court.

Respectfully submitted,

DEBBORAH CONNOR, CHIEF
MONEY LAUNDERING AND ASSET
RECOVERY SECTION

Dated: January 7, 2020

By: _______/s/____________________
JENNIFER WALLIS
Trial Attorney
Money Laundering and Asset
Recovery Section
U.S. Department of Justice
1400 New York Avenue, N.W., 9th Floor
Washington, D.C. 20005
Telephone: (202) 514-2086
Fax: (202) 617-2547
Attorney for
UNITED STATES OF AMERICA

By: _/s/ Stuart A. Sears_

Stuart A. Sears
SCHERTLER & ONORATO, LLP
1101 Pennsylvania Avenue, NW
Suite 1150
Washington, D.C. 20004
Ph: 202-628-4199
Fax: 202-628-4177
ssears@schertlerlaw.com
Attorney for JITTISOPA SIRIWAN